UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**In Re:**

**Vivian Beatrice Holman**                                                         **Case No. 24-30271-KLP**

**Debtor**                                                                                             **Chapter 13**

## NOTICE OF MOTION

Vivian Beatrice Holman, by Counsel, has filed documents with the court to reopen this Chapter 13 Bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you or your attorney must:

File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                                               Clerk of Court
                                               United States Bankruptcy Court
                                               701 East Broad Street, Suite 4000
                                               Richmond, VA 23219-1888

You must also mail a copy to:

                                               Genene E. Gardner
                                               The Merna Law Group, P.C.
                                               621 N. Lynnhaven Road
                                               Virginia Beach, VA 23452

**Genene E. Gardner, Esq. VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

Carl M. Bates
Chapter 13 Trustee
PO Box 1819
Richmond, VA 23218

Vivian Beatrice Holman
1415 Waldrop Road
Amelia Court House, VA 23002

( )  Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  If no timely response has been filed opposing relief requested, the court may grant the relief without holding a hearing.

(X)  Attend the hearing on the motion (or objection) scheduled to be held on **June 12, 2024 at 9:30 a.m. in Judge Phillips' Courtroom, 701 E. Broad Street, Room 5100, Richmond, VA**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: May 6, 2024

Signature, name, address and telephone number of person giving notice:

/s/ Genene E. Gardner
Genene E. Gardner, VSB#72258
621 N. Lynnhaven Road
Virginia Beach, VA 23452
(757) 340-4895
Attorney for Debtor

**Genene E. Gardner, Esq. VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was transmitted electronically or sent by regular mail this 6th day of May 2024 to Carl M. Bates, Chapter 13 Trustee, PO Box 1819, Richmond, VA 23218; Vivian Beatrice Holman, 1415 Waldrop Road, Amelia Court House, VA 23002; to all other parties of interest as listed on the attached creditor matrix, and by certified mail to the FDIC creditors listed below.

/s/ Genene E. Gardner
Attorney for Debtor

Comenity Bank
Ron Ostler, President
One Righter Parkway, Suite 100
Wilmington, DE  19803

Credit One Bank, NA
Robert DeJong, CEO
585 Pilot Road
Las Vegas, NV 89119

Republic Finance Llc
CT Corporation System
4701 Cox Road, Ste 285
Glen Allen, VA 23060-6808

Rushmore Loan Management Servi
Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Virginia Credit Union *
c/o Christopher M. Shockley
7500 Boulders View Drive
Richmond, VA 23225-0000

**Genene E. Gardner, Esq. VSB#72258
The Merna Law Group, P.C.
621 N. Lynnhaven Road
Virginia Beach, VA 23452
Telephone: (757) 340-4895
Facsimile: (757) 340-4894
E-mail: ggardner@mernalaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In Re:**

| | |
|---|---|
| **Vivian Beatrice Holman** | **Case No. 24-30271-KLP** |
| **Debtor** | **Chapter 13** |

### MOTION TO REOPEN CHAPTER 13 BANKRUPTCY

NOW COMES the Debtor, Vivian Beatrice Holeman, by counsel, and moves the Court for good cause shown to reopen the above-styled case for reasons as set forth:

1. That the Debtor filed a Chapter 13 Bankruptcy on January 24, 2024.

2. That on March 20, 2024, an Order Denying Confirmation was entered by the Court ordering that an Amended/Modified Plan be filed within 21 days of entry of the order.

3. That on April 13, 2024 the Debtor's case was dismissed for failure to comply with the Order Denying Confirmation.

4. That the Debtor's counsel failed to timely file an Amended/Modified plan.

5. That the Debtor has signed the Amended/Modified plan and it will be filed with this Motion.

6. That the Debtor has the funds to bring the Chapter 13 plan current.

7. That the inability to rectify this oversight and gain a discharge in this Chapter 13 will impose an undue hardship on the Debtors.

WHEREFORE, the Debtor prays for entry of an Order Reopening this Chapter 13 Bankruptcy Case to allow the Debtor to continue in the administration of this case.

**Genene E. Gardner, Esq. VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

Respectfully Submitted,

Vivian Beatrice Holman

By /s/ Genene E. Gardner
Attorney for Debtors

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was transmitted electronically or sent by regular mail this 6th day of May 2024 to Carl M. Bates, Chapter 13 Trustee, PO Box 1819, Richmond, VA 23218; Vivian Beatrice Holman, 1415 Waldrop Road, Amelia Court House, VA 23002; to all other parties of interest as listed on the attached creditor matrix, and by certified mail to the FDIC creditors listed below.

/s/ Genene E. Gardner
Attorney for Debtor

Comenity Bank
Ron Ostler, President
One Righter Parkway, Suite 100
Wilmington, DE  19803

Credit One Bank, NA
Robert DeJong, CEO
585 Pilot Road
Las Vegas, NV 89119

Republic Finance Llc
CT Corporation System
4701 Cox Road, Ste 285
Glen Allen, VA 23060-6808

Rushmore Loan Management Servi
Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Virginia Credit Union *
c/o Christopher M. Shockley
7500 Boulders View Drive
Richmond, VA 23225-0000


**Genene E. Gardner, Esq. VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 24-30271-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon May  6 14:00:31 EDT 2024 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AmSher Collection Services<br>4524 Southlake Parkway<br>Suite 15<br>Birmingham, AL 35244-3271 |
| Amelia General District Court<br>16419 Court St<br>Amelia Court House, VA 23002-4870 | (p)BLEECKER  BRODEY  AND ANDREWS<br>9247 N MERIDIAN ST STE 101<br>INDIANAPOLIS IN 46260-1813 | Capital Community Bank<br>1909 West State Street<br>Pleasant Grove, UT 84062-4099 |
| Credit One Bank*<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Dish Network<br>P.O. Box 7203<br>Pasadena, CA 91109-7303 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Legacy Mortgage Asset Trust 2018-RPL2<br>c/o Rushmore Servicing<br>PO Box 619096<br>Dallas TX 75261-9096 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | NCB Management Services<br>Attn: Bankruptcy<br>1 Allied Drive<br>Trevose, PA 19053-6945 |
| NetCredit<br>Attn: Bankruptcy<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 | Real Time Resolutions<br>Attn: Bankruptcy<br>P.O. Box 36655<br>Dallas, TX 75235-1655 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, Texas 75247-4029 |
| (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | Richmond General District Ct<br>John Marshall Courts Bldg<br>400 N. 9th St., Rm 203<br>Richmond, VA 23219-1540 | Rushmore Loan Management Servi<br>PO Box 514707<br>Los Angeles, CA 90051-4707 |
| Virginia Credit Union<br>Attn: Bankruptcy<br>Po Box 90010<br>Richmond, VA 23225-9010 | Virginia Credit Union *<br>c/o Christopher M. Shockley<br>7500 Boulders View Drive<br>Richmond, VA 23225-4066 | Virginia Credit Union, Inc.<br>PO Box 90010<br>Richmond, VA 23225-9010 |
| Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Genene E. Gardner<br>The Merna Law Group<br>621 N. Lynnhaven Road<br>Virginia Beach, VA 23452-5809 | Gerard R. Vetter<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 |
| Vivian Beatrice Holman<br>1415 Waldrop Road<br>Amelia Court House, VA 23002-3316 | | |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bleecker Brodey & Andrews           Republic Finance Llc              (d)Republic Finance, LLC
9247 N Meridian Street              Attn: Bankruptcy                  282 Tower Rd
Suite 101                           7031commerce Circle               Ponchatoula, LA 70454
Indianapolis, IN 46260-0000         Baton Rouge, LA 70809-0000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Legacy Mortgage Asset Trust 2018-RPL2    (u)Real Time Resolutions, Inc. as agent for C    End of Label Matrix
                                                                                             Mailable recipients    24
                                                                                             Bypassed recipients     2
                                                                                             Total                  26
```